NO. 04-15-00122-CR

CARLOS BERNARD SMITH § IN THE COURT OF APPEAL
APPELLANT §
§
§ FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT -1 PM 12:10
KEITH E. HOTTLE, CLERK
§ FOR THE
V. §
§ FOURTH SUPREME JUDICIAL DISTRICT OF TEXAS
§
§
THE STATE OF TEXAS § AT SAN ANTONIO, BEXAR COUNTY TEXAS

---

## MOTION OF NOTICE TO WITHDRAW FOR MOTION TO ABATE FOR OUT OF TIME MOTION FOR NEW TRIAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW Comes the Appellant CARLOS BERNARD SMITH, AND files this MOTION OF NOTICE TO WITHDRAW FOR MOTION TO ABATE FOR OUT OF TIME MOTION FOR NEW TRIAL.

Appellant is withdrawing motions that were sent to Courts Pursuant to a Rules ~~of Appellate Procedure~~ 43.6, 44.4 And Also Rule 2 OF Tx. Rules of Appellate procedure.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court Grant Motion of Notice to Withdraw for motion to Abate for out of time motion for new trial

Respectfully Submitted

Carlos B Smith
APPELLANT


FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 SEP 3X AM 11:56
KEITH E. HOTTLE, CLERK

No. 04-15-00122-CR

| | | |
|---|---|---|
| CARLOS BERNARD SMITH APPELLANT | § § § § | IN THE COURT OF APPEALS |
| | § | FOR THE |
| | § | FOURTH SUPREME JUDICIAL DISTRICT OF TEXAS |
| V | § § § | |
| | § | |
| THE STATE OF TEXAS | § | AT SAN ANTONIO, BEXAR COUNTY TEXAS |

ORDER

ON this the ___ day of _____, 2015 came on to be heard the MOTION OF NOTICE TO WITHDRAW FOR MOTION TO ABATE FOR OUT OF TIME MOTION FOR NEW TRIAL in the above styled and numbered cause and the court having considered the same is of the opinion that said motion should in all things be:

GRANTED _____

DENIED _____

_____
JUDGE PRESIDING

## UNSWORN DECLARATION

I, CARLOS B. Smith, do swear under Penalty of Perjury, that the information And facts in the Above motion Are true And Correct on this the 29 day of September 2015.

_Carlos B Smith_
APPELLANT

## CERTIFICATE OF SERVICE

I hereby Certify that A true Copy OF MOTION OF NOTICE TO WITHDRAW FOR MOTION TO ABATE FOR OUT OF TIME MOTION FOR NEW TRIAL WAS Served By Placing A Copy in the U.S. Mail on this the 29th day OF September, 2015 Addressed to:

CLERK
COURT OF APPEALS
CadenA- Reeves Justice Center
300 Dolorosa St. Rm 3200
San Antonio, Texas 78205-3037

_Carlos B Smith_
APPELLANT
TDCJ # 1983514
DICK WARE UNIT
1681 S. FM 3525
Colorado City, Tx. 79512

CARLOS B Smith # 1983514
DICK WARE Unit
1681 S. FM 3525
Colorado City, Texas 79512

LEGAL

CLERK
COURT OF APPEALS
Cadena-Reeves Justice Center
300 Dolorosa St. Rm 3200
San Antonio, Tx. 78205

ABILENE TX 795

29 SEP 2015 PM 2 L

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 SEP 31 AM 11:57
Keith E. Hottle
KEITH E. HOTTLE, CLERK

FOREVER USA